IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DR. GERALD H. BEMIS, SR., D.C.,

          Plaintiff,

    v.

MEDFUNDMARKET, LLC.,

          Defendant.

No. 15-cv-01338

Hon. David R. Herndon

## DEFAULT JUDGMENT

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Entry of Default Judgment [Dkt. 25] is **GRANTED**;

2. Plaintiff is awarded a judgment of $500.00, plus $2646.48 in attorneys' fees and costs; and

3. Pursuant to 47 U.S.C. § 227(b(3)(a), defendant Medfundmarket, LLC is hereby enjoined from any further transmission of unsolicited facsimile advertisements to plaintiff, Dr. Gerald H. Bemis, Sr., D.C.

IT IS SO ORDERED.

November 7, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.11.07 13:04:06 -06'00'

**United States District Judge**